UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6939**

MARK JACOB JONES,

       Plaintiff - Appellant,

    v.

DR. BUTLER, M.D.; DR. GRAHAM, M.D.,

       Defendants – Appellees,

    and

WESTERN TIDEWATER REGIONAL JAIL; MEDICAL STAFF; FOOD KITCHEN
STAFF; KEN PEARE; OFFICER BATAKIS; ROBERT ROMENNITI, M.D.;
SUPERINTENDENT PARHAM; ARAMARK FOODS,

       Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Mark S. Davis, District
Judge. (2:15-cv-00316-MSD-RJK)

Submitted:  November 22, 2016    Decided:  November 28, 2016

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mark Jacob Jones, Appellant Pro Se.  Jonathan Lewis Stone, NORRIS & ST. CLAIR P.C., Virginia Beach, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Jacob Jones appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. Butler, No. 2:15-cv-00316-MSD-RJK (E.D. Va. June 30, 2016). We deny Jones' motion to appoint counsel, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED